CLARK v. VILLAGE OF BATAVIA. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Francis Clark against the village of Batavia. No opinion. Order of March 20, 1899, affirmed, with $10 costs and disbursements. All concur, except FOLLETT, J., not voting.

CLARK v. VILLAGE OF BATAVIA. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Francis Clark against the village of Batavia.

PER CURIAM. Ordered, that the order herein granted March 21, 1899, be modified by striking therefrom the provision directing a deposit of $500 with the treasurer of Genesee county, and inserting in lieu thereof a provision to the effect that the lien of the plaintiff's attorney for services, costs, and disbursements of the action shall attach to the entire fund paid or agreed to be paid by the defendant in settlement thereof, and that out of the amount paid or agreed to be paid upon such settlement the defendant pay said lien, when the amount thereof is established, together with the costs and disbursements of the reference heretofore ordered to take proof as to such amount, and that the defendant be enjoined from paying to the plaintiff, or to any one for or on his behalf, any part of the sum agreed to be paid by it in settlement of said action, until the amount due to the plaintiff's attorney for services, costs, and disbursements in said action shall be finally determined and paid to him, together with the costs and disbursements of said reference; and as so modified the order is affirmed, without costs. All concur, except FOLLETT, J., not voting.

COATS, Appellant, v. SMITH, Respondent. (Supreme Court, Appellate Term. May 24, 1899.) Action by Mary C. Coats against Benjamin F. Smith. There was a judgment for defendant, and plaintiff appeals. Affirmed. Augustus H. Skillin, for appellant. Holt & Duross, for respondent.

PER CURIAM. Judgment affirmed, with costs to the respondent.

COHN, Respondent, v. REYNOLDS, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Samuel Cohn against James J. Reynolds. No opinion. Judgment affirmed, with costs, on the opinion of JOHNSON, J., at special term. 57 N. Y. Supp. 469.

In re COLEBROOK. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) In the matter of the application of Eleanor W. Colebrook for a writ of habeas corpus, directed to Albert S. Colebrook, requiring him to produce Maud W. Colebrook and Florence E. Colebrook. No opinion. Order reversed, and proceedings dismissed. See 55 N. Y. Supp. 861.

CONNELLY, Appellant, v. BRIGGS, Respondent. (Supreme Court, Appellate Division, First Department. May 12, 1899.) Action by Mary Jane Connelly, as executrix, against S. Ellis Briggs. A. Thain, for appellant. W. B.

Ellison, for respondent. No opinion. Judgment and order affirmed, with costs. See 52 N. Y. Supp. 553.

CONNOLLY, Respondent, v. CASTLE, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by William J. Connolly against Thomas Castle. No opinion. Judgment and order affirmed, with costs.

COOK, Appellant, v. GORDON et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 31, 1899.) Action by Raphael J. Cook, as administrator, etc., against Ida M. Gordon and others. No opinion. Order affirmed, with $10 costs and disbursements.

COON v. COON et al. (Supreme Court, Appellate Division, Third Department. May 9, 1899.) Action by Jeannie Coon against Allison M. Coon and Esmond Stiles. Edmond Stiles, appealed. No opinion. Order modified by inserting the sum of $125 in place of $50, and as so modified affirmed, with $10 costs and disbursements.

CORNELL, Respondent, v. VILLAGE OF BALDWINSVILLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Charles P. Cornell against the village of Baldwinsville. No opinion. Judgment and order affirmed, with costs.

COSGROVE, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) Action by Catherine Cosgrove, as administratrix, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

COWING, Respondent, v. SONN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Rufus B. Cowing, Jr., as receiver of Charles W. Lovell, against Hyman Sonn and others. No opinion. Order affirmed, with $10 costs and disbursements.

CUMMINGS, Respondent, v. VILLAGE OF NEW ROCHELLE, Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by Margaret Cummings against the village of New Rochelle. No opinion. Application for leave to appeal to the court of appeals denied. See 56 N. Y. Supp. 701.

CUNNINGHAM et al., Appellants, v. HANSHEW, Respondent. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Bridget T. Cunningham and Roger Cunningham against Elisha Hanshew, Jr.

PER CURIAM. By the tenant continuing in possession after the 1st of May, and by the receipt by the landlord of some of the installments of the rent, the rights of the parties became absolutely fixed on both sides. There was a tenancy for another year. There was no ne-